UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Rodney Martinez

v.                                                             Case No. 22-cv-478-AJ

DeMoulas Super Markets, Inc.
d/b/a Market Basket

VERDICT FORM

**Question 1:** Do you find by a preponderance of the evidence that Defendant Market Basket is liable to Plaintiff Rodney Martinez for failing to promote him because of his age under the ADEA?

Yes ✓                                                        No ____

*If you answered "Yes" to Question 1, proceed to Question 2.*

*If you answered "No" to Question 1, proceed to Question 3.*

**Question 2:** Do you find by a preponderance of the evidence that Defendant Market Basket's failure to promote Plaintiff Rodney Martinez because of his age was willful under the ADEA?

Yes ✓                                                        No ____

**Question 3:** Do you find by a preponderance of the evidence that Defendant Market Basket is liable to Plaintiff Rodney Martinez for failing to promote him because of his age under RSA 354-A?

Yes ✓  No ____

*If you answered "No" to Question 1 and Question 3, your deliberations are complete. Please have the jury foreperson sign and date this verdict form and notify the court security officer that you have reached a verdict.*

*If you answered "Yes" to Question 1 and/or Question 3, proceed to the next question.*

**Question 4:** What amount of back pay do you award to Plaintiff Rodney Martinez?

__fifty four thousand seven hundred and forty nine dollars__
(Please enter the amount in words, not numbers)

**Question 5:** Excluding back pay, what amount of other compensatory damages, do you award to Plaintiff Rodney Martinez?

__Twenty thousand two hundred and fifty one dollars__
(Please enter the amount in words, not numbers)

2

*If you entered the amount of "zero" to both Question 4 and Question 5, proceed to Question 6.*

*If you entered an amount greater than "zero" to Question 4 or Question 5, proceed to Question 7.*

**Question 6:** If you have awarded no back pay and no other compensatory damages to Plaintiff Rodney Martinez on either of his age discrimination claims, then you must award him nominal damages in an amount that may not exceed one dollar. What amount of nominal damages do you award?

_____

(Please enter the amount in words, not numbers)


**Question 7:** Do you find by a preponderance of the evidence that Defendant Market Basket's failure to promote Plaintiff Rodney Martinez because of his age was willful under RSA 354-A?

Yes __✓__                                                  No_____

*If you answered "No" to Question 7, your deliberations are complete. Please have the jury foreperson sign and date this verdict form and notify the court security officer that you have reached a verdict.*

*If you answered "Yes" to Question 7, proceed to Question 8.*

**Question 8:** What amount of enhanced compensatory damages do you award to Plaintiff Rodney Martinez?

___five thousand dollars_____

(Please enter the amount in words, not numbers)


Date: 3/28/2024

Foreperson's Signature _____